Celia Olch, Respondent, v. Fannie Bernstein, Appellant, and Others, Defendants.— Judgment of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Sarah Petekofsky, Respondent, v. Anthony Pellissier and Others, Composing the Firm, etc., Appellants. – Judgment modified, upon questions of fact as well as of law, by striking therefrom so much thereof as enjoins defendants from permitting their premises and buildings so to be used that loud and disturbing noises proceed therefrom; and by striking from said judgment that portion thereof which awards to plaintiff the sum of $240 for rental damages, and as so modified judgment affirmed, without costs. The twentieth and twenty-eighth findings of fact are reversed and set aside upon the grounds that said findings, and each of them, are unsupported by the evidence, and are contrary to said evidence and the weight thereof. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. J. Albert & Son, Appellant.—Judgment of conviction of the Court of Special Sessions affirmed, on reargument. (See 165 App. Div. 928.) No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Edward M. Grout Appellant. (No. 2.) — Appeal dismissed upon authority of *People* v. *Grout*, *No. 1* (*ante*, p. 220), decided herewith. Burr, Thomas, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Anthony F. Muldoon, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination annulled, and writ sustained, with ten dollars costs and disbursements. There is no evidence of any neglect of duty. Jenks, P. J., Stapleton and Rich, JJ., concurred; Burr and Thomas, JJ., voted to confirm.

The People of the State of New York ex rel. George F. Paige, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

Giovanni C. Ronca, Respondent, v. Wendell & Evans Company, a Corporation, etc., Appellant.— Judgment and order unanimously affirmed,

with costs. (See *Ronca* v. *Wendell & Evans Co., ante,* p. 216, decided herewith.) Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

Gustav Stern, Respondent, v. Solomon Pearl, etc., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Henry G. Young, Appellant, v. Jacob Wenz and Another, Respondents. —Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.